UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01077-SHK | Date: | September 30, 2022 |
| Title: | *Leemanuel Weilch v. Mauricio Padilla, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On June 30, 2022, Plaintiff Leemanuel Weilch ("Plaintiff"), file a Complaint for Injunctive Relief and Damages.  Electronic Case Filing Number ("ECF No.") 1, Compl.  The case was randomly assigned to Magistrate Judge Shashi H. Kewalramani under the Direct Assignment of Civil Cases to Magistrate Judges Program in accordance with General Order 12-02.  See ECF No. 5.  On July 1, 2022, the Clerk of Court issued the 21-day summons for service of the the Complaint.  See ECF No. 6.  On September 21, 2022, Defendants appeared in this action by filing an Answer.  See ECF No. 7.

Pursuant to General Order 12-02, the parties were advised that their consent is required if the Magistrate Judge is to conduct all further proceedings in the case, including trial and final entry of judgment pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.  The parties were further advised that they are free to withhold consent without adverse substantive consequences.  If the parties agree to the exercise of jurisdiction by the Magistrate Judge, the parties shall jointly or separately file a statement of consent setting forth such election.  The parties' statement of consent shall be filed within 42 days after service of the summons and Complaint upon that Defendant, and within 42 days by Plaintiff after service upon the first served Defendant.

As of the date of this order, all parties have not consented to the Magistrate Judge.  And, the Court is unable to determine the deadline by which the parties have to file a statement of consent because Plaintiff has not yet filed a proof of service of the Complaint.  Accordingly, Plaintiff is **ORDERED** to file Plaintiff's proofs of service on or before **October 7, 2022.**

**IT IS SO ORDERED.**